# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and AMCO INSURANCE COMPANY, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KCJ CONSULTING, INC. d/b/a GAVINA GRAPHICS, POSITIVELY 4TH STREET RECORDS, KIRBY JOHNSON, and MINERVA SPORTSWEAR, INC., )<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No.: 19-cv-02101<br>Honorable Judge Colin S. Bruce<br>Magistrate Judge Eric I. Long |

**NOTICE OF VOLUNTARY DISMISSAL AS TO MINERVA SPORTSWEAR, INC.**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, Allied Property and Casualty Insurance Company and AMCO Insurance Company, voluntarily dismiss Defendant, Minerva Sportswear, Inc., only.

DATED:  May 28, 2019        Respectfully submitted,
**GOLDBERG SEGALLA, LLP**

By: /s/ Jonathan L. Schwartz
One of the Attorneys for Allied Property and Casualty
Insurance Company and AMCO Insurance Company

Jonathan L. Schwartz (ARDC #6287338)
Bradley R. Ryba (ARDC #6321428)
GOLDBERG SEGALLA LLP
**Mailing Address:**
P.O. Box 957
Buffalo, NY 14201
**Physical Address:**
222 W. Adams St., Suite 2250
Chicago, IL 60606
(312) 572-8411
jschwartz@goldbergsegalla.com
bryba@goldbergsegalla.com

22956041.v1